IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THELMA WILLIAMS**                                                               **PLAINTIFF**
**ADC #93197**

v.                  **CASE NO: 4:14CV00555 BSM**

**JAMES MCDERMOTT et al.**                                     **DEFENDANTS**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE